## (April 24, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILL BOWEN, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 5) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT G. PALUCH, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], par. 1) thereof, and for the further reason that relator's appeal from the judgment of conviction is now pending in the Appellate Division of the Supreme Court in the Fourth Judicial Department. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.